

This Product Contains Sensitive Taxpayer Data

# Account Transcript

```
                                              Request Date:     10-28-2019
                                              Response Date:    10-28-2019
                                              Tracking Number:  100478873716
```

FORM NUMBER:     1040
TAX PERIOD:      Dec. 31, 2000


TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-3809
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-2394

JOH DOUG KATH REIN
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
               --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                          0.00
ACCRUED INTEREST:                                         0.00    AS OF: Nov. 11, 2019
ACCRUED PENALTY:                                          0.00    AS OF: Nov. 11, 2019


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                            0.00

               ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                                 02
FILING STATUS:                                Married Filing Joint
ADJUSTED GROSS INCOME:                              3,540,481.00
TAXABLE INCOME:                                     7,683,178.00
TAX PER RETURN:                                       759,635.00
SE TAXABLE INCOME TAXPAYER:                                 0.00
SE TAXABLE INCOME SPOUSE:                                   0.00
TOTAL SELF EMPLOYMENT TAX:                                  0.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Sep. 04, 2001
PROCESSING DATE                                                   Oct. 01, 2001
```

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20013808 | 10-01-2001 | $759,635.00 |
| n/a | 18221-251-03007-1 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2001 | -$71,649.00 |
| 430 | Estimated tax payment | | 01-03-2001 | -$64,000.00 |
| 460 | Extension of time to file tax return ext. Date 08-15-2001 | | 04-15-2001 | $0.00 |
| 670 | | | 04-15-2001 | -$710,000.00 |

|     |     |     | Payment |
| --- | --- | --- | --- |
| 460 | Extension of time to file tax return ext. Date 10-15-2001 | 08-15-2001 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2001 | 08-15-2001 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2001 | 08-18-2001 | $0.00 |
| 176 | Penalty for not pre-paying tax<br>10-01-2011 | 20013808 10-01-2001 | $1,966.87 |
| 836 | Credit you chose to apply to following tax period's taxes | 04-15-2001 | $84,047.13 |
| 766 | Tax relief credit | 10-08-2001 | -$600.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20013908 10-08-2001 | $0.00 |
| n/a | 18254-999-05099-1 | | |
| 836 | Credit you chose to apply to following tax period's taxes | 10-08-2001 | $600.00 |
| 420 | Examination of tax return | 05-06-2004 | $0.00 |
| 960 | Appointed representative | 09-16-2004 | $0.00 |
| 300 | Additional tax assessed by examination<br>00-00-0000 | 20045008 12-27-2004 | $0.00 |
| n/a | 17247-743-10008-4 | | |
| 520 | Bankruptcy or other legal action filed | 05-31-2005 | $0.00 |
| 243 | Miscellaneous penalty<br>IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty | 05-19-2006 | $338,816.40 |
| n/a | 17251-139-13506-6 | | |
| 300 | Additional tax assessed by examination - quick assessment | 20062508 05-19-2006 | $847,041.00 |
| n/a | 17251-139-13506-6 | | |
| 190 | Interest charged for late payment | 20062508 05-19-2006 | $329,919.04 |
| 670 | Payment | 11-21-2006 | -$850,000.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 03-02-2007 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 03-02-2007 | $0.00 |
| 530 | Balance due account currently not collectable | 03-13-2007 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 03-09-2007 | $0.00 |
| 360 | Fees and other expenses for collection | 04-02-2007 | $82.00 |
| 241 | Reduced or removed miscellaneous penalty<br>IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty | 05-19-2006 | -$338,816.40 |
| n/a | 17254-488-05129-7 | | |
| 291 | Reduced or removed prior tax assessed | 04-16-2007 | -$847,041.00 |
| n/a | 17254-488-05129-7 | | |
| 197 | Reduced or removed interest charged for late payment | 04-16-2007 | -$329,919.04 |
| 583 | Removed lien | 04-13-2007 | $0.00 |
| 300 | Additional tax assessed by examination<br>00-00-0000 | 20081708 05-05-2008 | $0.00 |
| n/a | 17247-505-79009-8 | | |
| 421 | Closed examination of tax return | 05-05-2008 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 04-14-2008 | $0.00 |
| 846 | Refund issued | 05-02-2008 | $948,523.19 |
| 776 | Interest credited to your account | 05-05-2008 | -$98,605.19 |
| 841 | Refund cancelled | 05-05-2008 | -$948,523.19 |
| 777 | Reduced or removed interest credited to your account | 05-05-2008 | $98,605.19 |

| Code | Description | Cycle/Date | Date | Amount |
|---|---|---|---|---|
| 820 | Credit transferred out to | | 11-21-2006 | $849,918.00 |
| 961 | Removed appointed representative | | 01-13-2014 | $0.00 |
| 420 | Examination of tax return | | 03-29-2019 | $0.00 |
| 960 | Appointed representative | | 05-14-2019 | $0.00 |
| 822 | Removed credit transferred out to | | 11-21-2006 | -$849,918.00 |
| 570 | Additional account action pending | | 06-24-2019 | $0.00 |
| 240 | Miscellaneous penalty<br>IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty<br>09-09-2029 | 20193805 | 09-09-2019 | $338,816.40 |
| n/a | 29251-252-13000-9 | | | |
| 300 | Additional tax assessed by examination - quick assessment | 20193805 | 09-09-2019 | $847,041.00 |
| n/a | 29251-252-13000-9 | | | |
| 190 | Interest charged for late payment | 20193805 | 09-09-2019 | $996,864.19 |
| 300 | Additional tax assessed by examination<br>00-00-0000 | 20194105 | 10-28-2019 | $0.00 |
| n/a | 19247-680-38009-9 | | | |
| 421 | Closed examination of tax return | | 10-28-2019 | $0.00 |
| 670 | Payment | | 10-11-2019 | -$1,194,397.00 |
| 670 | Payment | | 10-18-2019 | -$171,100.00 |
| 196 | Interest charged for late payment | 20194305 | 11-11-2019 | $31,323.58 |
| 826 | Credit transferred out to<br>1040 201812 | | 10-18-2019 | $1,369.83 |
| 971 | Notice issued<br>CP 0049 | | 11-11-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data