**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 0630
HOLTSVILLE    NY    11742-0630

In reply refer to:  0178463898
Apr. 26, 2021    LTR 105C    3
███████3809   200012 30        1
Input Op:  0178463898 00000538
BODC: SB

JOHN DOUGLAS & KATHLEEN REINHART
% TED H MERRIAM
1675 BROADWAY STE 1875
DENVER   CO   80202-4675



036939

Taxpayer identification number: ████████3809
Kind of tax: Income
Amount of claim : $1,200,000.00

Date of claims received:  Mar. 02, 2020
Tax period :  Dec. 31, 2000

Dear Taxpayer:

### WE CAN'T ALLOW YOUR CLAIM

We disallowed your claim for credit for the tax period listed at
the top of this letter.

### WHY WE CAN'T ALLOW YOUR CLAIM

We can't allow your claim for penalty and interest abatement.

This was a partnership level determination. Reasonable cause does not
apply for penalty abatement. IRC 6404(g) does not apply due to the
adjustment being from a listed transaction. You may file a refund suit
as provided by law.

### WHAT TO DO IF YOU DISAGREE

Find tax forms or publications by visiting www.irs.gov/forms or
calling 800-TAX-FORM (800-829-3676).

### HOW TO CONTACT US

If you have questions, you can call Jennifer Ryan at
631-977-3046 between J. Ryan and 631-977-3046.

If you prefer, you can write to the address at the top of the first
page of this letter.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you in the spaces below.

```
                                              0178463898
                      Apr. 26, 2021    LTR 105C    3
                      ████████-3809   200012 30          1
                      Input Op:  0178463898 00000539
```

JOHN DOUGLAS & KATHLEEN REINHART
% TED H MERRIAM
1675 BROADWAY STE 1875
DENVER  CO  80202-4675


Telephone number (    )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.


                                Sincerely yours,


                                *Joanne Chetuck*

                                Joanne Chetuck,Operations Mgr.
                                TEFRA / Exam Field Support

Enclosures:
Publication 1
 .

 Department of the Treasury
**Internal Revenue Service**
PO BOX 0630
HOLTSVILLE   NY  11742-0630

JOHN DOUGLAS & KATHLEEN REINHART
% TED H MERRIAM
1675 BROADWAY STE 1875
DENVER  CO  80202-4675

036939

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

✂ ------------------------------------------------------------

The IRS address must appear in the window.        Use for inquiries only
                          0178463898
     BODCD-SB                                          Letter Number:    LTR0105C
                                                       Letter Date  :    2021-04-26
                                                       Tax Period   :    200012


*288463809*

INTERNAL REVENUE SERVICE                  JOHN DOUGLAS & KATHLEEN REINHART
PO BOX 0630                               % TED H MERRIAM
HOLTSVILLE   NY  11742-0630              1675 BROADWAY STE 1875
                                         DENVER  CO  80202-4675

  288463809 SP REIN 30 0 200012 670 00000000000

✂ ------------------------------------------------------------

The IRS address must appear in the window.        Use for payments
                          0178463898
     BODCD-SB                                          Letter Number: LTR0105C
                                                       Letter Date   : 2021-04-26
                                                       Tax Period    : 200012

*288463809*

INTERNAL REVENUE SERVICE                  JOHN DOUGLAS & KATHLEEN REINHART
                                          % TED H MERRIAM
CINCINNATI   OH  45999-0149              1675 BROADWAY STE 1875
                                         DENVER  CO  80202-4675

  288463809 SP REIN 30 0 200012 670 00000000000