IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:23-cv-01045-DDD-KLM

JOHN DOUGLAS REINHART and KATHLEEN
REINHART,

       Plaintiffs,

       v.

UNITED STATES OF AMERICA,

       Defendant.

---

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

---

The United States of America respectfully moves the Court for an extension of time to respond to the Plaintiffs' Complaint as follows:

1.      Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for the United States conferred with counsel for the Plaintiffs, who consents to the extension requested by the United States.

2.      The United States requests an extension of 45 days, from June 26, 2023 to August 8, 2023, to respond to the Complaint.

3.      This is the United States' first request for an extension in this matter.

4.      The United States seeks an extension to allow the Internal Revenue Service time to collect files related to this matter and provide undersigned counsel with those files and the IRS's views on this matter, which are necessary for the United States to adequately defend its interests. This Motion is not being made for delay, but to allow the United States to prepare an accurate response that advances this litigation.

5.      Pursuant to D.C.COLO.LCivR 6.1(c), counsel for the parties will serve their respective clients with this Motion.

WHEREFORE, for good cause shown, the United States requests that it be allowed an additional 45 days, to August 8, 2023 to file a response to the Complaint in this matter. A proposed order is attached.


Respectfully Submitted,


Dated: June 22, 2023                           DAVID A. HUBBERT
                                               Deputy Assistant Attorney General


                                               */s/ Henry C. Darmstadter*
                                               HENRY C. DARMSTADTER
                                               Trial Attorney, Tax Division
                                               U.S. Department of Justice
                                               P.O. Box 683, Ben Franklin Station
                                               Washington, D.C. 20044-0683
                                               Tel:  202.307.6481
                                               Fax:  202.307.0054
                                               Henry.C.Darmstadter@usdoj.gov

                                               *Of Counsel*
                                               COLE FINEGAN
                                               United States Attorney
                                               District of Colorado

                                               *Counsel for the United States of America*


- 2 -