IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:23-cv-01045-DDD-KLM

JOHN DOUGLAS REINHART and KATHLEEN REINHART,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

**ORDER GRANTING MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter is before the Court on the United States' Unopposed Motion for Extension of Time to Respond to Complaint. Having considered the Motion, and good cause being shown, the Motion is HEREBY GRANTED, and the United States shall have until August 8, 2023 to respond to the Complaint.

Dated this _____ day of June, 2023.

_____
Kristen L. Mix
United States Magistrate Judge