IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:23-cv-01045-DDD-KLM

JOHN DOUGLAS REINHART and KATHLEEN REINHART,

      Plaintiffs,

      v.

UNITED STATES OF AMERICA,

      Defendant.

**UNITED STATES' UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The United States of America respectfully moves the Court for a second extension of time to respond to the Plaintiffs' Complaint as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for the United States has conferred with counsel for the Plaintiffs, who consents to the second extension requested by the United States.

2. On June 22, 2023, the United States requested a first extension of 45 days, from June 26, 2023 to August 8, 2023, to respond to the Complaint (ECF No. 7).

3. This first request for an extension was granted by the Court (ECF No. 8).

4. The United States now seeks a second extension for 15 days up to and including August 23, 2023 to respond to the Plaintiffs' Complaint. This second extension is sought because the Internal Revenue Service has had difficulty in recovering and analyzing all the administrative files in this case. This Motion is not being made for delay, but to allow the United States to prepare an accurate response that advances this litigation.

- 2 -

5. Pursuant to D.C.COLO.LCivR 6.1(c), counsel for the parties will serve their respective clients with this Motion.

WHEREFORE, for good cause shown, the United States requests that it be allowed an additional 15 days, to August 23, 2023 to file a response to the Complaint in this matter. A proposed order is attached.

                                      Respectfully Submitted,

Dated: July 25, 2023                    DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Henry C. Darmstadter*
HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:   202.307.6481
Fax:  202.307.0054
Henry.C.Darmstadter@usdoj.gov

*Of Counsel*
COLE FINEGAN
United States Attorney
District of Colorado

*Counsel for the United States of America*