IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:23-cv-01045-DDD-KAS

JOHN DOUGLAS REINHART and KATHLEEN REINHART,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

**UNITED STATES' UNOPPOSED MOTION TO REQUEST EXTENDED
DATE FOR SCHEDULING/PLANNING CONFERENCE**

The United States of America respectfully moves the Court for a rescheduling of the Fed. R. Civ. P. 16 conference currently scheduled for August 30, 2023, by the Magistrate Judge, Kristen L. Mix, previously assigned to this action [ECF No. 6] to a date 30 days hence:

    1.    Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for the United States has conferred with counsel for the Plaintiffs, who consent to the extension of the Scheduling/Planning Conference requested by the United States.

    2.    On June 22, 2023, the United States requested a first extension of 45 days, from June 26, 2023 to August 8, 2023, to respond to the Complaint [ECF No. 7]. This first request for an extension was granted by the Court [ECF No. 8].

    3.    On July 25, 2023, the United States requested a second extension for 15 days up to and including August 23, 2023 to respond to the Plaintiffs' Complaint. [ECF No. 9]. This second request for an extension was granted by the Court [ECF No. 10].

4. The ground for these extensions is that the Internal Revenue Service has had difficulty in recovering and analyzing all the administrative files in this large dollar income tax refund suit. The Parties believe that it will not be especially productive to hold the scheduling/plaining conference until after the United States has respond to the Complaint and the Parties have had an opportunity to discuss and plan for discovery. This request is not being made for delay, but to allow the Parties sufficient time to prepare for the scheduling conference to advance the litigation.

5. The Parties request that the conference currently set for August 30, 2023, be rescheduled, and extended for 30 days to the first week of October 2023 with all the other dates and requirements in the Order setting Scheduling Conference to be adjusted based upon the new conference date.

6. Pursuant to D.C.COLO.LCivR 6.1(c), counsel for the parties will serve their respective clients with this Motion.

WHEREFORE, for good cause shown, the United States requests that the Fed. R. Civ. P. 16 conference currently scheduled for August 30, 2023, be rescheduled to the first week of October 2023 with all the other dates and requirements in the Order setting Scheduling Conference adjusted based upon the new conference date.

Respectfully Submitted,

Dated: August 11, 2023

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Henry C. Darmstadter
HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station

Washington, D.C. 20044-0683
Tel:  202.307.6481
Fax:  202.307.0054
Henry.C.Darmstadter@usdoj.gov

*Of Counsel*
COLE FINEGAN
United States Attorney
District of Colorado

*Counsel for the United States of America*