IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01045-DDD-KAS

JOHN DOUGLAS REINHART, and
KATHLEEN REINHART,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **United States' Unopposed Motion to Request Extended Dates for Scheduling/Planning Conference** [#12] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**. The Scheduling Conference set for August 30, 2023, at 10:00 a.m. is **VACATED** and **RESET** to **October 3, 2023**, at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.

    IT IS **FURTHER ORDERED** that, **no later than September 26, 2023**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

    Dated: August 14, 2023