IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:23-cv-01045-DDD-KAS

JOHN DOUGLAS REINHART and KATHLEEN REINHART,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Robert C. Bombard, will appear as counsel for Defendant the United States of America in this action. Parties should serve all future pleadings, orders, and communications in this matter on Mr. Bombard at the address below.

Dated: September 5, 2023

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Robert C. Bombard*
ROBERT C. BOMBARD
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514-6073
Fax:  202.307.0054
Robert.Bombard@usdoj.gov

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 5th day of September, 2023, via the Court's CM/ECF system, which will provide electronic notice to counsel for all parties that have appeared in this action.

/s/ *Robert C. Bombard*
ROBERT C. BOMBARD
Trial Attorney, Tax Division
U.S. Department of Justice