**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01045-DDD-KAS

JOHN DOUGLAS REINHART, and
KATHLEEN REINHART,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

### ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

1. John Douglas Reinhart; and
2. Kathleen Reinhart.

    DATED at Denver, Colorado this 8th day of September, 2023.

    s/ Whitney Whitson Wolfe
    Whitney Whitson Wolfe
    MERRIAM LAW FIRM. P.C.
    1675 Broadway, Suite 1875
    Denver, Colorado 80202
    Phone: 303-592-5404
    Fax: 303-592-5439
    Email: Whitney@MerriamLaw.com
    Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to counsel for all parties that have appeared in this action:

Attorney(s) for Defendant:

ROBERT C. BOMBARD
Robert.Bombard@usdoj.gov

HENRY C. DARMSTADTER, III
henry.c.darmstadter@usdoj.gov

Attorney(s) for Plaintiff:

KEVIN A. PLANEGGER
kevin@merriamlaw.com

s/ Whitney Whitson Wolfe
Whitney Whitson Wolfe
MERRIAM LAW FIRM. P.C.
