IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:23-cv-01045-DDD-KAS

JOHN DOUGLAS REINHART and KATHLEEN REINHART,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

## MOTION FOR REMOTE APPEARANCE

The United States respectfully requests permission of the Court to appear remotely via telephone for the Scheduling Conference scheduled for Tuesday, October 3, 2023 at 10:00 AM MST in the above captioned case. In accordance with this Court's Practice Standards Rule III(c) ("Remote Appearances"), counsel for the United States submit there is good cause to appear remotely for this event because both counsel for are located outside of the Denver metropolitan area in Washington, D.C. and cannot reasonably make a personal appearance at next week's hearing in Denver, Colorado.

Dated: September 29, 2023

                                            DAVID A. HUBBERT
                                            Deputy Assistant Attorney General

                                            */s/ Robert C. Bombard*
                                            ROBERT C. BOMBARD
                                            HENRY C. DARMNSTADTER, III
                                            Trial Attorneys, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 683, Ben Franklin Station
                                            Washington, D.C. 20044-0683
                                            Tel:  202.514-6073 (Bombard)

- 2 -

Tel:   202.307-6481 (Darmstadter)
Fax:   202.307.0054
Robert.Bombard@usdoj.gov
Henry.C.Darmstadter@usdoj.gov

- 2 -

- 3 -

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that service of the foregoing has been made this 29th day of September 2023, via the Court's CM/ECF system, which will provide electronic notice to counsel for all parties that have appeared in this action.

                                      /s/ *Robert C. Bombard*
                                      ROBERT C. BOMBARD
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice