IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 23-cv-01045-DDD-KAS | Date: October 3, 2023 |
| Courtroom Deputy: Laura Galera | FTR – Reporter Deck-Courtroom C204 |

| *Parties:* | *Counsel:* |
|---|---|
| JOHN DOUGLAS REINHART, ET AL., | Kevin Planegger |
| Plaintiffs, | |
| v. | |
| USA, | Henry Darmstadter, III (by phone) |
| Defendant. | Robert Bombard (by phone) |

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:03 a.m.**
Court calls case.  Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Joinder of Parties/Amendment of Pleadings: **November 17, 2023.**

Discovery Cut-off: **October 4, 2024.**

Dispositive Motions Deadline: **December 6, 2024.**

Each side shall be limited to **three (3)** expert witnesses, absent further leave of Court.

Parties shall designate affirmative experts on or before **July 12, 2024.**

Parties shall designate rebuttal experts on or before **August 23, 2024.**

Each side shall be limited to **ten (10)** depositions, including experts, absent further leave of Court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admission, absent further leave of Court.

Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.

**NO STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by minute order.  The parties may request a status conference by jointly contacting chambers at (303) 335-2770.

**FINAL PRETRIAL, TRIAL PREPARATION CONFERENCE AND TRIAL** will be set at a later date by Judge Domenico.

The Court advises counsel to review Judge Domenico's Practice Standards.

**Counsel and the parties must notify chambers at (303-335-2770) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.**

The Court advises counsel to review its Practice Standards, especially for the manner in which it addresses discovery disputes.

Scheduling Order is signed and entered with interlineations on September 26, 2023.

Hearing concluded.
**Court in recess:      10:24 a.m.**
Total time in court:     00:21

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.